| PROB 22 | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 2:11CR00213-010 |
| | DOCKET NUMBER *(Rec. Court)* |
| | 3:18-CR-534-MO |

| NAME OF PROBATION/SUPERVISED RELEASEE | DISTRICT |
|---|---|
| | UTAH |
| Erik M Meza | DIVISION |
| | Probation and Pretrial Utah |
| | NAME OF SENTENCING JUDGE |
| | Chief David Nuffer |

| DATES OF SUPERVISION TERM | FROM 3/14/2018 | TO 3/13/2022 |
|---|---|---|

**OFFENSE**

Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine

## PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Oregon upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

August 22, 2018
Date

David Nuffer
Chief U.S. District Judge

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

Nov 8, 2018
Effective Date

United States District Judge