3:18-CR-534-MO

CARLIE CHRISTENSEN, United States Attorney (#633)
RICHARD W. DAYNES, Assistant United States Attorney (#5686) U.S. DISTRICT COURT
VEDA TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

2011 MAR 16  P 4: 55

DISTRICT OF UTAH

BY: _____
      DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDY GUADALUPE SAUCEDA-OBESO, a.k.a. TRINI;<br>RAFAEL QUINTERO LOPEZ, a.k.a. RAFFA;<br>JAIME COVARRUBIAS SAUCEDA, a.k.a. MONO;<br>JOSE ARTURO RUBIO CARILLO, a.k.a. ARTURO, a.k.a. CHIVO;<br>MELESIO FLORES-QUINTERO, a.k.a. VITACHE;<br>JOSE GUADALUPE VARGAS-ESQUIVEL, a.k.a. LUPE, a.k.a. JOSE VARGAS;<br>VICTOR MANUEL HERNANDEZ;<br>ANTHONY MICHAEL MORENO A.k.a. ANTHONY MIGUEL MORENO A.k.a. TONY;<br>YULIANA MEZA, a.k.a. JULIE;<br>ERIK MAURICIO MEZA;<br>OSCAR SALGADO MARTINEZ;<br>JORGE TAPIA;<br>CRYSTAL MORENO, a.k.a. CRYSTAL ESPINOSA, a.k.a. FLACA;<br>ARMANDO LOPEZ FUENTAS;<br>ROBERTO ROJAS TORRES;<br>JOSE ANTONIO PEREZ, a.k.a. LOGAN;<br>ROCIO MAGALLON, a.k.a. ROCIO CRUZ;<br>RICARDO RODRIGUEZ, a.k.a. RICARDO | Case No. **SEALED**<br><br>**INDICTMENT**<br><br>VIO. 21 U.S.C. § 846, CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE.<br><br>Case: 2:11-cr-00213<br>Assigned To : Stewart, Ted<br>Assign. Date : 3/16/2011<br>Description: USA v. |

ARMANDO RODRIGUEZ;
FNU LNU a.k.a. EL QUATTRO; and
CORNELIO REINA;

          Defendants.

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown to the Grand Jury, but not later than April 14, 2010, and

continuing through at least March 16, 2011, in the Central Division of the District of Utah,

FREDY GUADALUPE SAUCEDA-OBESO, a.k.a. TRINI;
RAFAEL QUINTERO LOPEZ, a.k.a. RAFFA;
JAIME COVARRUBIAS SAUCEDA, a.k.a. MONO;
JOSE ARTURO RUBIO CARILLO, a.k.a. ARTURO, a.k.a. CHIVO;
MELESIO FLORES-QUINTERO, a.k.a. VITACHE;
JOSE GUADALUPE VARGAS-ESQUIVEL, a.k.a. LUPE, a.k.a. JOSE VARGAS;
VICTOR MANUEL HERNANDEZ;
ANTHONY MICHAEL MORENO a.k.a. ANTHONY MIGUEL MORENO A.k.a. TONY;
YULIANA MEZA, a.k.a. JULIE;
ERIK MAURICIO MEZA;
OSCAR SALGADO MARTINEZ;
JORGE TAPIA;
CRYSTAL MORENO, a.k.a. CRYSTAL ESPINOSA, a.k.a. FLACA;
ARMANDO LOPEZ FUENTAS;
ROBERTO ROJAS TORRES;
JOSE ANTONIO PEREZ, a.k.a. LOGAN;
ROCIO MAGALLON, a.k.a. ROCIO CRUZ;
RICARDO RODRIGUEZ, a.k.a. RICARDO ARMANDO RODRIGUEZ;
FNU LNU a.k.a. EL QUATTRO; and
CORNELIO REINA;

the defendants herein, did knowingly and intentionally combine conspire, confederate, and agree

with each other and other persons known and unknown to the grand jury, to distribute 500 grams

or more of a mixture or substance containing a detectable amount of methamphetamine, a

Schedule II controlled substance within the meaning of 21 U.S.C. § 812; in violation of 21

2

U.S.C. § 841(a)(1); all in violation of 21 U.S.C. § 846, and punishable pursuant to 21 U.S.C. §

841(b)(1)(A).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the felony offense alleged in Count I of this indictment, which

is punishable by imprisonment for more than one year, the above named defendants shall forfeit

to the United States pursuant to 21 U.S.C. § 853 any and all property constituting and derived

from any proceeds the said defendants obtained directly or indirectly as a result of the said felony

offenses and any and all property, real and personal, used or intended to be used in any manner or

part to commit and to facilitate the commission of the violations of 21 U.S.C. §§ 841(a)(1); as

alleged in this Notice, and any property traceable thereto.

A TRUE BILL:

/s/

CARLIE CHRISTENSEN
United States Attorney

RICHARD W. DAYNES
Assistant United States Attorney

3

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
Sheet 1

FILED

U.S. DISTRICT COURT

3:18-CR-534.MO

# UNITED STATES DISTRICT COURT

2013 JAN 10 ⊃ 3:26

DISTRICT OF UTAH

BY:_____

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| ERIK MAURICIO MEZA | Case Number: DUTX 2:11-CR-00213-010 DN |
| | USM Number: 70590-065 |
| | Scott C. Williams |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1ss of the Felony Information

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine | | 1ss |

The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)    1 and 1s    ☐ is    ☑ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/8/2013

Date of Imposition of Judgment

Signature of Judge

David Nuffer                                    U.S. District Judge

Name and Title of Judge

1/9/13

Date

AO 245B     (Rev. 09/11) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

DEFENDANT:  ERIK MAURICIO MEZA
CASE NUMBER:  DUTX 2:11-CR-00213-010 DN

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

87 months.

☑ The court makes the following recommendations to the Bureau of Prisons:

Defendant be designated and housed at a facility located in Sheridan, Oregon to facilitate family visits.  Defendant participate in RDAP.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at            ☐ a.m.  ☐ p.m.  on           

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on           

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page  __3__  of  __6__

DEFENDANT:  ERIK MAURICIO MEZA
CASE NUMBER:  DUTX 2:11-CR-00213-010 DN

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

48 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑  The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐  The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐  The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)  the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)  the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3)  the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)  the defendant shall support his or her dependents and meet other family responsibilities;

5)  the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)  the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)  the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)  the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)  the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14)  The defendant shall submit his or her person, residence, office or vehicle to search, conducted by the probation office at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
          Sheet 3C — Supervised Release

Judgment—Page __4__ of __6__

DEFENDANT:  ERIK MAURICIO MEZA
CASE NUMBER:  DUTX 2:11-CR-00213-010 DN

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant will submit to drug/alcohol testing under a co-payment plan as directed by the probation office.

2. The defendant shall participate in a substance-abuse evaluation and/or treatment under a co-payment plan, as directed by the probation office.  During the course of treatment, the defendant shall not consume alcohol nor frequent any establishment where alcohol is the primary item of order.

3. The defendant shall not have any contact with any member or associate of a criminal street gang/prison gang either in person, by mail, by phone, by e-mail, by third person, or by any other method.

4. The defendant shall not possess material which gives evidence of criminal street gang/prison gang involvement or activity.

5. The defendant shall not receive any new tattoos associated with a criminal street gang prison gang.

6. The defendant shall not wear clothing or other items that may be identified with a criminal street gang/prison gang.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
            Sheet 5 — Criminal Monetary Penalties

Judgment — Page __5__ of __6__

DEFENDANT: ERIK MAURICIO MEZA
CASE NUMBER: DUTX 2:11-CR-00213-010 DN

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 09/11) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __6__ of __6__

DEFENDANT: ERIK MAURICIO MEZA
CASE NUMBER: DUTX 2:11-CR-00213-010 DN

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __100.00__    due immediately, balance due

      ☐ not later than _____ , or
      ☐ in accordance ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
      _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of
      _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a
      term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

      Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount,
      and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

(b)(3),CJA,CLOSED,INTERPRETER,LODGE_DOC,MOTREF

# US District Court Electronic Case Filing System
## District of Utah (Central)
## CRIMINAL DOCKET FOR CASE #: 2:11-cr-00213-DN-10

Case title: USA v. Sauceda-Obeso et al

Date Filed: 03/16/2011
Date Terminated: 01/10/2013

Assigned to: Judge David Nuffer

### Defendant (10)

**Erik Mauricio Meza**
*TERMINATED: 01/10/2013*

represented by **Scott C. Williams**
SCOTT C WILLIAMS LLC
43 E 400 S
SALT LAKE CITY, UT 84111
(801)220-0700
Email: scwlegal@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

CONSPIRACY TO DISTRIBUTE
CONTROLLED
SUBSTANCE/CONSPIRACY TO
DISTRIBUTE 50 GRAMS OR MORE
OF A MIXTURE OR SUBSTANCE
CONTAINING A DETECTABLE
AMOUNT OF METHAMPHETAMINE
(1ss)

### Disposition

Dft pleaded guilty. SENTENCE: Dft
committed to custody of BOP for 87
months. Upon rls, dft shall be on
Supervised Release for 48 months.
FINE: None. SPA: $100.00

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:846 CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE/Conspiracy to Distribute
Methamphetamine;21:841 Criminal
Forfeiture
(1)

### Disposition

Dismissed per government motion.

21:846 CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE/Conspiracy to Distribute       Dismissed per government motion.
Methamphetamine;21:841 Criminal
Forfeiture
(1s)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                           **Disposition**

None

---

**Notice Party**

**Todd A. Utzinger**                     represented by **Todd A. Utzinger**
                                         DAVIS COUNTY LEGAL
                                         DEFENDERS
                                         28 E STATE ST STE 100
                                         PO BOX 618
                                         FARMINGTON, UT 84025
                                         (801)451-3010
                                         Email: tutzinger@daviscountyutah.gov
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

---

**Notice Party**

**Randy S. Ludlow**                      represented by **Randy S. Ludlow**
                                         4001 S 700 E STE 500
                                         SALT LAKE CITY, UT 84107
                                         (801)803-3303
                                         Email: rlud12@gmail.com
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

---

**Notice Party**

**Jon D. Williams**                      represented by **Jon D. Williams**
*TERMINATED: 11/21/2012*                 JON D WILLIAMS PC
                                         9 EXCHANGE PLACE STE 600
                                         SALT LAKE CITY, UT 84111
                                         (801)746-1460
                                         Email: jwilliam@lawyer.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Notice Party**

**James D. Garrett**                                            represented by **James D. Garrett**
                                                              GARRETT & GARRETT
                                                              8 E BROADWAY #615
                                                              SALT LAKE CITY, UT 84111
                                                              (801)541-4644
                                                              Email: garrett.law801@gmail.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Notice Party**

**Stacey Hirata**
*TERMINATED: 02/10/2015*

**Notice Party**

**Mary Schuman**
*TERMINATED: 02/07/2015*

**Notice Party**

**Amie Williamson**
*TERMINATED: 12/16/2015*

**Notice Party**

**David A. Filippi**
*TERMINATED: 04/15/2018*

**Notice Party**

**Dusten Russell**
*TERMINATED: 08/15/2018*

**Notice Party**

**Scott L. Bawden**
*TERMINATED: 10/01/2018*

---

**Plaintiff**

**USA**                                           represented by **Richard W. Daynes**
                                                  US ATTORNEY'S OFFICE (UT)
                                                  SALT LAKE CITY, UT 00000
                                                  (801)325-3361
                                                  Email: Richard.Daynes@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Adam S. Elggren**
                                                  US ATTORNEY'S OFFICE (UT)
                                                  SALT LAKE CITY, UT 00000
                                                  (801)524-5682
                                                  Email: adam.elggren@usdoj.gov
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Cy H. Castle**
                                                  US ATTORNEY'S OFFICE
                                                  SALT LAKE CITY, UT 00000
                                                  (801)325-3214
                                                  Email: cy.castle@usdoj.gov
                                                  *TERMINATED: 02/13/2012*

                                                  **Eric G. Benson**
                                                  BALLARD SPAHR LLP
                                                  201 S MAIN STE 800
                                                  SALT LAKE CITY, UT 84111-2221
                                                  (801)531-3000
                                                  *TERMINATED: 08/31/2011*

                                                  **Tyler L. Murray**
                                                  US ATTORNEY'S OFFICE (UT)
                                                  SALT LAKE CITY, UT 00000
                                                  (801)325-3284
                                                  Email: tyler.murray2@usdoj.gov
                                                  *TERMINATED: 03/21/2017*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Veda M. Travis**
                                                  US ATTORNEY'S OFFICE
                                                  SALT LAKE CITY, UT 00000
                                                  (801)524-5682
                                                  Email: veda.travis@usdoj.gov
                                                  *TERMINATED: 08/28/2017*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2011 | 1 | SEALED INDICTMENT as to Fredy Guadalupe Saudeda-Obeso (1) count(s) 1, Rafael Quintero Lopez (2) count(s) 1, Jaime Covarrubias Sauceda (3) count(s) 1, Jose Arturo Rubio Carillo (4) count(s) 1, Melesio Flores-Quintero (5) count(s) 1, Jose Guadalupe Vargas-Esquivel (6) count(s) 1, Victor Manuel Hernandez (7) count(s) 1, Anthony Michael Moreno (8) count(s) 1, Yuliana Meza (9) count(s) 1, Erik Mauricio Meza (10) count(s) 1, Oscar Salgado Martinez (11) count(s) 1, Jorge Tapia (12) count(s) 1, Crystal Moreno (13) count(s) 1, Armando Lopez Fuentas (14) count(s) 1, Roberto Rojas Torres (15) count(s) 1, Jose Antonio Perez (16) count(s) 1, Rocio Magallon (17) count(s) 1, Ricardo Rodriguez (18) count(s) 1, Armando Rodriguez (19) count(s) 1, FNU LNU (20) count(s) 1, Cornelio Reina (21) count(s) 1. Assigned to Judge Ted Stewart (las) (Entered: 03/17/2011) |
| 03/17/2011 | 6 | ORDER OF RECUSAL in case as to Fredy Guadalupe Saudeda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Armando Rodriguez, FNU LNU, Cornelio Reina. Judge Ted Stewart recused. Case reassigned to Judge Clark Waddoups for all further proceedings. Signed by Judge Ted Stewart on 3/17/2011. (las) (Entered: 03/17/2011) |
| 03/17/2011 | 22 | Minute Entry for proceedings held before Judge Magistrate Judge David Nuffer: Arraignment as to Jaime Covarrubias Sauceda (3) Count 1 and Melesio Flores-Quintero (5) Count 1 and Jose Guadalupe Vargas-Esquivel (6) Count 1 and Victor Manuel Hernandez (7) Count 1 and Yuliana Meza (9) Count 1 and Erik Mauricio Meza (10) Count 1 and Oscar Salgado Martinez (11) Count 1 held on 3/17/2011, Detention Hearing as to Jaime Covarrubias Sauceda, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez held on 3/17/2011. Initial Appearance as to Jaime Covarrubias Sauceda, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez held on 3/17/2011. <br><br>Defendants present and in custody. Charging document read, rights and penalties explained.<br>Each defendant requested counsel. Financial Affidavits submittted. Court appointed CJA counsel for each defendant.<br>Each defendant waived formal reading of the Indictment and entered a plea of NOT GUILTY.<br><br>Pretrial Conference as to Jaime Covarrubias Sauceda, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez held on 3/17/2011, Added attorney Mark R Moffat for Jaime Covarrubias Sauceda,Stephen R. McCaughey for Melesio |

| | | Flores-Quintero,G. Fred Metos for Jose Guadalupe Vargas-Esquivel,Richard P. Mauro for Victor Manuel Hernandez,David V. Finlayson for Yuliana Meza,Scott C. Williams for Erik Mauricio Meza,Julie George for Oscar Salgado Martinez., **Spanish** Interpreter Required in case as to Jaime Covarrubias Sauceda, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, |
|---|---|---|
| | | Discovery due by 4/7/2011., Status Conference set for 4/28/2011 10:00 AM in Room 477 before Magistrate Judge David Nuffer. Court made findings on the record and excluded time under STA from today's date until 4/28/11. |
| | | Government requested detention as to each defendant. ICE detainers have been provided on all defendants, with the exception of Yuliana Meza and Erik Meza. PTS reports orders on Ms. Meza and Mr. Meza. Detention Hearing set for 3/22/2011 01:00 PM in Room 477 before Magistrate Judge David Nuffer. All other defendants ordered detained pending trial on the basis of the ICE holds. |
| | | Defendants remanded to custody of USMS. Attorney for Plaintiff: Richard Daynes, Veda Travis, Eric Benson, Attorney for Defendant: Mark Moffat, Steve McCaughey, Fred Metos, Scott Williams (for self and Rich Mauro), Dave Finlayson, Julie George, CJA. Interpreter: Grant Anderson, Noelia Erickson. Probation Officer: Greg Petersen, Hugh Watt, Blanca Tillman, Richard Law. Court Reporter: Electronic.(Time Start: 3:15:27, Time End: 3:25:21, Room 103.) (asb) (Entered: 03/17/2011) |
| 03/17/2011 | 25 | ORDER OF TEMPORARY DETENTION as to Yuliana Meza, Erik Mauricio Meza, Rocio Magallon<br>Detention Hearing set for 3/22/2011 01:00 PM in Room 477 before Magistrate Judge David Nuffer.. Signed by Magistrate Judge David Nuffer on 3/17/11. (asb) (Entered: 03/17/2011) |
| 03/17/2011 | 46 | Arrest on Indictment Warrant Returned Executed on 3/17/2011, filed on 3/17/2011 in case as to Erik Mauricio Meza. (las) (Entered: 03/18/2011) |
| 03/18/2011 | 39 | MOTION to Unseal Case by USA as to Fredy Guadalupe Saudeda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina. (asb) (Entered: 03/18/2011) |
| 03/18/2011 | | Case unsealed as to Fredy Guadalupe Saudeda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina (asb) (Entered: 03/18/2011) |

| 03/18/2011 | 40 | ORDER granting 39 Motion to Unseal Case as to Fredy Guadalupe Saudeda-Obeso (1), Rafael Quintero Lopez (2), Jaime Covarrubias Sauceda (3), Jose Arturo Rubio Carillo (4), Melesio Flores-Quintero (5), Jose Guadalupe Vargas-Esquivel (6), Victor Manuel Hernandez (7), Anthony Michael Moreno (8), Yuliana Meza (9), Erik Mauricio Meza (10), Oscar Salgado Martinez (11), Jorge Tapia (12), Crystal Moreno (13), Armando Lopez Fuentas (14), Roberto Rojas Torres (15), Jose Antonio Perez (16), Rocio Magallon (17), Ricardo Rodriguez (18), FNU LNU (19), Cornelio Reina (20). Signed by Magistrate Judge David Nuffer on 3/18/11. (asb) (Entered: 03/18/2011) |
|---|---|---|
| 03/18/2011 | 49 | NOTICE OF ATTORNEY APPEARANCE Eric G. Benson appearing for USA. (Benson, Eric) (Entered: 03/18/2011) |
| 03/21/2011 | 54 | NOTICE OF ATTORNEY APPEARANCE: Scott C. Williams appearing for Erik Mauricio Meza (Williams, Scott) (Entered: 03/21/2011) |
| 03/22/2011 | 66 | Minute Entry for proceedings held before Judge Magistrate Judge David Nuffer: Detention Hearing as to Yuliana Meza, Erik Mauricio Meza, Rocio Magallon held on 3/22/2011. All Defendants present with counsel and in custody. Counsel submits on the matter of detention for dft Mr. Erik Meza. Court will allow a motion to be filed for purposes of review of detention if and when the time is appropriate. Court orders Erik Meza detained and remanded to the USMS pending resolution of this matter.Govt seeks detention for dft Yuliana Meza. Court hears additional evidence by profer from the govt. Court hears argument from both parties. Court orders the dft detained and remanded to the USMS pending resolution of this matter. RvCourt will review dfts detention on March 31,2011 at 10:00 AM before Magistrate Judge Brooke C. Wells.Govt seeks detention for dft Rocio Magallon. Court hears argument from all parties. Court hears additional evidence by profer from the govt. Court orders the dft released under standard and special conditions. SEE ORDER SETTING CONDITIONS OF RELEASE. Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Dave Finlayson, Scott Williams and, CJA. Interpreter: Gerald Curtis. Probation Officer: Blanca Tillman, Greg Peterson and Hugh Watt. Court Reporter: electronic.(Time Start: 1:11:17 PM, Time End: 1:28:47 PM, Room 477.) (ksm) (Entered: 03/22/2011) |
| 03/22/2011 | 68 | ORDER OF DETENTION PENDING TRIAL as to Yuliana Meza, Erik Mauricio Meza. Signed by Magistrate Judge David Nuffer on 3/22/2011. (ksm) (Entered: 03/22/2011) |
| 03/30/2011 | 84 | SUPERSEDING INDICTMENT as to Fredy Guadalupe Sauceda-Obeso (1) count(s) 1s, Rafael Quintero Lopez (2) count(s) 1s, Jaime Covarrubias Sauceda (3) count(s) 1s, Jose Arturo Rubio Carillo (4) count(s) 1s, Melesio Flores-Quintero (5) count(s) 1s, Jose Guadalupe Vargas-Esquivel (6) count(s) 1s, Victor Manuel Hernandez (7) count(s) 1s, Anthony Michael Moreno (8) count(s) 1s, Yuliana Meza (9) count(s) 1s, Erik Mauricio Meza (10) count(s) 1s, Oscar Salgado Martinez (11) count(s) 1s, Jorge Tapia (12) count(s) 1s, Crystal Moreno (13) count(s) 1s, Armando Lopez Fuentas (14) count(s) 1s, Roberto Rojas Torres (15) count(s) 1s, Jose Antonio Perez (16) count(s) 1s, Rocio Magallon (17) count(s) 1s, Ricardo Rodriguez (18) count(s) 1s, FNU LNU (19) count(s) 1s, Cornelio Reina (20) count(s) 1s, Juan Manuel Maraville-Govea (21) count(s) 1. |

| | | |
|---|---|---|
| | | Assigned to Judge Clark Waddoups (jtj) (Entered: 03/30/2011) |
| 03/31/2011 | 90 | DOCKET TEXT ORDER REFERRING CASE to Magistrate Judge David Nuffer as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea under 28:636 (b)(1)(A), Magistrate to hear and determine all nondispositive pretrial matters. Motions referred to Judge Nuffer. Signed by Judge Clark Waddoups on 3/31/2011. No image attached. (saw) (Entered: 03/31/2011) |
| 04/07/2011 | 100 | CERTIFICATE OF COMPLIANCE filed by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 04/07/2011) |
| 04/11/2011 | 101 | NOTICE OF ATTORNEY APPEARANCE Cy H. Castle appearing for USA. (Castle, Cy) (Entered: 04/11/2011) |
| 04/11/2011 | 102 | NOTICE of Filing Bill of Particulars by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea (Castle, Cy) (Entered: 04/11/2011) |
| 04/28/2011 | 131 | Minute Entry for proceedings held before Magistrate Judge David Nuffer: Status Conference as to Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Juan Manuel Maraville-Govea held on 4/28/2011, Scheduling Conference as to Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Juan Manuel Maraville-Govea held on 4/28/2011, ( <br><br> Counsel present for parties. Government provided a status and format of discovery. |

Court ordered the criminal history on each defendant due to defense counsel by Wednesday, May 4, 2011.

Government stated that individual disk photos are downloaded into IPro and line sheets in Word format on the disks (13 disks total).

The 302 pole cameras (2 locations) for location and date identities - not yet provided to defense counsel, but anticipated to provide as soon as complete and ready for production.

Mr. Metos stated that the 13 disks include: significant calls (5600 wave files, most in Spanish) identity; Word format line sheets; and 10000 documents, 2900 jpg files - all in four different formats, on 13 separate disks (CD & DVD). Discussion on providing the discovery on single hard drives. Government and defense counsel addressed the 13 disks that have variety of file formats, not consist, and defense counsel stated that some files are unable to open.

Court instructed the government to provide the Word line sheets in searchable format in IPro and by summary.

Defense counsel responded to the volume of discovery, put in usable formats 90-120 days, and 6 months to review discovery. Requested government to narrow the number of wave files and list of pertinent calls by date, time, and parties involved. Defense counsel also stated that it is anticipated January 2012 to finish reviewing discovery.

Government - essentially everything has been provided on the disks, with the exception of pole camera discovery.

Court - instructed technical experts for both government and defense to meet and confer at least 1-2 times prior to May 16, 2011.

Defense counsel requested additional time to file motion for bill of particulars for an additional month and time for government response. Government anticipates filing a superseding indictment sometime in the future - at least three months out. Government responded to the request for additional time to file bill of particulars. Government requested time to identify single calls as to each defendant, and then further review on bill of particulars.

Court ordered a cutoff date of May 31, 2011 for any motions for bill of particular.

Court set matter for further status conference on Tuesday, May 24, 2011 at 9:00 a.m. Tech experts to be present. Court instructed government to be prepared to discuss specific discovery issues (on the record).

Court to execute the most recent order to exclude time. Court instructed government to provide an order excluding time as this proceeding.

| | | |
|---|---|---|
| | | Court adjourned. |
| | | Status Conference set for Tuesday, 5/24/2011 09:00 AM in Room 477 before Magistrate Judge David Nuffer.) |
| | | Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Mark Moffat, Mark Gregersen, Steve McCaughey, Fred Metos, David Shapiro, Dave Finlayson, Scott Williams, Julie George, Deirdre Gorman, Chelsea Koch, Ron Fujino, Rob Ljungberg, Jon Williams, Robert Breeze, CJA. Court Reporter: Electronic.(Time Start: 10:06:21, Time End: 10:34:39, Room 477.) (asb) (Entered: 04/28/2011) |
| 05/05/2011 | 138 | Supplemental CERTIFICATE OF COMPLIANCE filed by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 05/05/2011) |
| 05/11/2011 | 146 | MOTION for James Hearing - *pretrial conspiracy hearing* filed by Crystal Moreno. Motions referred to David Nuffer.(Corporon, Mary) (Entered: 05/11/2011) |
| 05/24/2011 | 183 | Minute Entry for proceedings held before Magistrate Judge David Nuffer: |
| | | SEE ATTACHED DOCUMENT FOR MINUTE ENTRY |
| | | granting 164 Motion for Disclosure as to Rafael Quintero Lopez (2); deferring ruling on 146 Motion for James Hearing as to Jose Arturo Rubio Carillo (4), Crystal Moreno (13); deferring ruling on 149 Motion for Bill of Particulars as to Jose Arturo Rubio Carillo (4), Crystal Moreno (13); deferring ruling on 155 Motion for Extension of Time as to Jose Arturo Rubio Carillo (4); deferring ruling on 139 Motion for Bill of Particulars as to Jose Guadalupe Vargas-Esquivel (6), Juan Manuel Maraville-Govea (21); deferring ruling on 182 Motion for Joinder as to Anthony Michael Moreno (8), Crystal Moreno (13); granting 176 Motion for Disclosure as to Jorge Tapia (12); deferring ruling on 177 Motion for Joinder as to Jorge Tapia (12), Crystal Moreno (13); deferring ruling on 178 Motion for Joinder as to Jorge Tapia (12), Crystal Moreno (13); granting 143 Motion for Disclosure as to Crystal Moreno (13); deferring ruling on 144 Motion for Extension of Time as to Crystal Moreno (13); granting 89 Motion for Discovery as to Jose Antonio Perez (16); Motion Hearing as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 5/24/2011 re 176 MOTION for Disclosure *of Promises of Leniency and Prior False Statements* filed by Jorge Tapia, 143 MOTION for Disclosure *Of* |

*Government's Expert Testimony* filed by Crystal Moreno, 89 MOTION for Discovery filed by Jose Antonio Perez, 164 First MOTION for Disclosure *of Promises of Leniency and Prior False Statements* filed by Rafael Quintero Lopez ; Status Conference as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 5/24/2011; Scheduling Conference as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 5/24/2011

Status Conference set for 7/12/2011 09:00 AM in Room 477 before Magistrate Judge David Nuffer.

Written Order to follow oral order: Yes - STA order and discovery manager order to follow.

Attorney for Plaintiff: Richard Daynes, Veda Travis, Attorney for Defendant: Fred Metos, Ed Wall, Todd Utzinger, Randy Ludlow, Mark Gregersen, Jeremy Delicino, Jon Williams, Rob Ljungberg, Mark Moffat, Robert Breeze, Ron Fujino, David Shapiro, Scott Williams, Dave Finlayson, Allison Librett, Chelsea Koch. Court Reporter: Electronic.(Time Start: 9:08:37, Time End: 9:41:05, Room 477.)(asb) (asb). (Entered: 05/24/2011)

| 06/07/2011 | 192 | Supplemental CERTIFICATE OF COMPLIANCE filed by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 06/07/2011) |
| 06/08/2011 | 193 | Supplemental CERTIFICATE OF COMPLIANCE filed by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 06/08/2011) |

| 07/12/2011 | 205 | Minute Entry for proceedings held before Magistrate Judge David Nuffer: taking under advisement 188 Motion for Bill of Particulars as to Jaime Covarrubias Sauceda (3); taking under advisement 149 Motion for Bill of Particulars as to Jose Arturo Rubio Carillo (4), Anthony Michael Moreno (8), Jorge Tapia (12), Crystal Moreno (13); granting 155 Motion for Extension of Time as to Jose Arturo Rubio Carillo (4); taking under advisement 139 Motion for Bill of Particulars as to Jose Guadalupe Vargas-Esquivel (6), Juan Manuel Maraville-Govea (21); granting 144 Motion for Extension of Time as to Crystal Moreno (13); Status Conference as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 7/12/2011; Scheduling Conference as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 7/12/2011( Status Conference set for 8/31/2011 09:00 AM in Room 477 before Magistrate Judge David Nuffer.); Motion Hearing as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 7/12/2011 re 149 MOTION for Bill of Particulars filed by Crystal Moreno, 139 MOTION for Bill of Particulars filed by Jose Guadalupe Vargas-Esquivel, 188 MOTION for Bill of Particulars filed by Jaime Covarrubias Sauceda, 144 MOTION for Extension of Time To File Pretrial Motions filed by Crystal Moreno ;<br><br>Counsel present for parties.<br><br>Discussion heard on the status of discovery. Mr. Metos stated that the CD's were provided late May and converted in June. Defense counsel have submitted hard drives, where the materials were downloaded to. Documents and audio indexing should be completed by 8/5/11. Wiretap indexing and synopses should be completed in about 5 weeks. Mr. Daynes stated that all discovery is believed to have been provided, and if any additional discovery is found, they will provide immediately to defense counsel. Mr. Scott Williams addressed the usability of discovery. Discussion heard.<br><br>Discussion heard on if there are alternatives ways for the government to organize and provide usable discovery in a more efficient manner to avoid lengthy delays. |

| | | |
|---|---|---|
| | | Discussion heard on if the motions for bill of particulars have been satisfied. Government provided a example of a specific defendant's discovery synopses for the court to review. Court will review and take some type of action on the pending motions for bill of particulars.<br><br>Status Conference set for 8/31/2011 09:00 AM in Room 477 before Magistrate Judge David Nuffer. Court suspended the motion filing cutoff dates. Court made findings that time is excluded from today's date until the next status conference. Government to prepare and submit the order.<br><br>Court adjourned.<br><br>Written Order to follow oral order: Yes. Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Scott Williams, Fred Metos, Mark Corporon, Dave Finlayson, Jon Williams, Chelsea Koch, Randy Ludlow, Robert Breeze, Ed Wall, Mark Gregersen Ron Fujino, Jim Bradshaw, Deirdre Gorman, Jim Garrett, Todd Utzinger. Court Reporter: Electronic.(Time Start: 9:05:12, Time End: 9:37:22, Room 477.)(asb) (Entered: 07/12/2011) |
| 07/15/2011 | 211 | DOCKET TEXT ORDER taking under advisement<br>188 Motion for Bill of Particulars as to Jaime Covarrubias Sauceda (3);<br>149 Motion for Bill of Particulars as to Jose Arturo Rubio Carillo (4), Anthony Michael Moreno (8), Jorge Tapia (12), Crystal Moreno (13);<br>139 Motion for Bill of Particulars as to Jose Guadalupe Vargas-Esquivel (6), Juan Manuel Maraville-Govea (21).<br>The government states it has provided each defendant in this case and in 2:11-cr-214 TC with a package similar to that inspected by the magistrate judge at the last hearing. The package inspected was for the defendant Emily Jene Butler. It contains a summary of dates and times of events allegedly involving a specific defendant in the alleged conspiracy; summaries of events by agents; and criminal history. On or before August 20, 2011, a defendant may file a supplemental memorandum in support of that defendant's motion for bill of particulars identifying any respects in which the summary information is not sufficient to apprise of the charges and prepare a defense.<br>Signed by Magistrate Judge David Nuffer on July 15, 2011. No attached document. (DN) (Entered: 07/15/2011) |
| 07/18/2011 | 212 | ORDER REGARDING PENDING MOTIONS-taking under advisement 188 Motion for Bill of Particulars as to Jaime Covarrubias Sauceda (3); taking under advisement 149 Motion for Bill of Particulars as to Jose Arturo Rubio Carillo (4), Anthony Michael Moreno (8), Jorge Tapia (12), Crystal Moreno (13); taking under advisement 139 Motion for Bill of Particulars as to Jose Guadalupe Vargas-Esquivel (6), Juan Manuel Maraville-Govea (21). The court granted: 144 Motion for Extension of Time to File Pretrial Motions as to CrystalMoreno; and 155 Motion for Extension of Time as to Jose Arturo Rubio Carillo (4). Signed by Magistrate Judge David Nuffer on 7/18/11. (jmr) (Entered: 07/18/2011) |
| 07/18/2011 | 213 | ORDER TO CONTINUE STATUS AND SCHEDULING CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT - Ends of Justice as to Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, |

|            |     |     |
|------------|-----|-----|
|            |     | Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Juan Manuel Maraville-Govea Time excluded from July 12, 2011 until August 31, 2011., Motions terminated as to Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Juan Manuel Maraville-Govea:<br><br>( Status Conference set for 8/31/2011 09:00 AM in Room 477 before Magistrate Judge David Nuffer.) IT IS FURTHER ORDERED that the court suspended the motion filing cutoffdates. Signed by Magistrate Judge David Nuffer on 7/18/11. (jmr) (Entered: 07/18/2011) |
| 08/30/2011 | 232 | **REMINDER NOTICE OF HEARING** as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea<br><br>Status Report and Scheduling Conference set for Wednesday, 8/31/2011 09:00 AM in Room 142 before Magistrate Judge David Nuffer. (please note the courtroom location) (asb) (Entered: 08/30/2011) |
| 08/30/2011 | <u>233</u> | MOTION to Withdraw as Attorney by Eric G. Benson. by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Attachments: # <u>1</u> Text of Proposed Order) Motions referred to David Nuffer.(Daynes, Richard) (Entered: 08/30/2011) |
| 08/31/2011 | 234 | Minute Entry for proceedings held before Magistrate Judge David Nuffer: Status Conference as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 8/31/2011,<br><br>Counsel present for parties. Defendant Crystal Moreno present and in custody. Discussion heard on the status of outstanding discovery. Government to prepare |

| | | |
|---|---|---|
| | | and file a report on or before 9/12/11 on the total number of calls anticipated to be transcribed, what calls have been transcribed, and a pole-cam videos summary. Status Conference set for Wednesday, 9/21/2011 03:00 PM in Room 477 before Magistrate Judge David Nuffer.<br>Court adjourned.<br>Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Mary Corporon, Robert Breeze, Fred Metos, Julie George, Jon Williams, Michael Holji, Dave Finlayson, Ron Fujino, David Shapiro, Scott Williams, Randy Ludlow, Jeremy Delicino, Deirdre Gorman, Mark Gregersen, Robin Ljungberg, Ed Wall, Rich Mauro. Court Reporter: Patti Walker.(Time Start: 9:10, Time End: 9:35, Room 142.) (asb) (Entered: 08/31/2011) |
| 08/31/2011 | 235 | ORDER granting 233 Motion to Withdraw as Attorney. Eric G. Benson withdrawn from case for United States of America. as to Fredy Guadalupe Sauceda-Obeso (1), Rafael Quintero Lopez (2), Jaime Covarrubias Sauceda (3), Melesio Flores-Quintero (5), Jose Guadalupe Vargas-Esquivel (6), Anthony Michael Moreno (8), Yuliana Meza (9), Erik Mauricio Meza (10), Oscar Salgado Martinez (11), Jorge Tapia (12), Crystal Moreno (13), Armando Lopez Fuentas (14), Roberto Rojas Torres (15), Jose Antonio Perez (16), Rocio Magallon (17), Ricardo Rodriguez (18), FNU LNU (19), Cornelio Reina (20), Juan Manuel Maraville-Govea (21). Signed by Judge Clark Waddoups on 8/31/11. (jmr) (Entered: 08/31/2011) |
| 09/01/2011 | 237 | ORDER that all parties in cases 2:11-cr-00213-CW-DN and 2:11-cr-00214-TC-DN shall receive notice in both cases during this stage of pre-trial case management as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. Signed by Magistrate Judge David Nuffer on 08/31/2011. (asp) (Entered: 09/01/2011) |
| 09/09/2011 | 247 | Motions No Longer Referred as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea: 241 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing* MOTION for James Hearing MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 244 Amended MOTION for Joinder *Motion For James Hearing*, 245 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 177 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 246 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 243 Defendant's MOTION for Joinder *Motion For James Hearing* (saw) (Entered: 09/09/2011) |

| 09/09/2011 | 252 | Defendant's MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing* by Erik Mauricio Meza as to Erik Mauricio Meza, Crystal Moreno. (Attachments: # 1 Text of Proposed Order) Motions referred to David Nuffer.(Williams, Scott) (Entered: 09/09/2011) |
|---|---|---|
| 09/12/2011 | 253 | ORDER REGARDING PENDING MOTIONS; STATUS AND SCHEDULING CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT-Ends of Justice as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea Time excluded from 8/31/11 until 9/21/11., ( Status Conference set for 9/21/2011 09:00 AM in Room 477 before Magistrate Judge David Nuffer.). Signed by Magistrate Judge David Nuffer on 9/9/11. (jmr) Modified on 9/12/2011-to fix typo (jmr). (Entered: 09/12/2011) |
| 09/12/2011 | 255 | Motions No Longer Referred as to Victor Manuel Hernandez, Erik Mauricio Meza: 254 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing* MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 252 Defendant's MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*Defendant's MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing* (saw) (Entered: 09/12/2011) |
| 09/12/2011 | 258 | **REMINDER NOTICE OF HEARING** as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea<br><br>Status Conference set for Wednesday, 9/21/2011 03:00 PM in Room 477 before Magistrate Judge David Nuffer. (the case is set for status at 3:00 p.m. as opposed to 9:00 a.m. as stated in order #253). (asb) Modified on 9/12/2011 (asb). (Entered: 09/12/2011) |
| 09/12/2011 | 259 | MOTION for Extension of Time To File Status Report by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Attachments: # 1 Text of Proposed Order) Motions referred to David Nuffer.(Daynes, Richard) (Entered: 09/12/2011) |

| 09/12/2011 | 261 | DOCKET TEXT ORDER granting 252 Motion for Joinder with 146 MOTION for James Hearing - *pretrial conspiracy hearing* joined by Erik Mauricio Meza (10). as to Erik Mauricio Meza (10), Crystal Moreno (13). Signed by Magistrate Judge David Nuffer on 9/9/11. No attached document. (jmr) (Entered: 09/12/2011) |
| --- | --- | --- |
| 09/13/2011 | 266 | ORDER granting 259 Motion for Extension of Time as to Fredy Guadalupe Sauceda-Obeso (1), Rafael Quintero Lopez (2), Jaime Covarrubias Sauceda (3), Jose Arturo Rubio Carillo (4), Melesio Flores-Quintero (5), Jose Guadalupe Vargas-Esquivel (6), Victor Manuel Hernandez (7), Anthony Michael Moreno (8), Yuliana Meza (9), Erik Mauricio Meza (10), Oscar Salgado Martinez (11), Jorge Tapia (12), Crystal Moreno (13), Armando Lopez Fuentas (14), Roberto Rojas Torres (15), Jose Antonio Perez (16), Rocio Magallon (17), Ricardo Rodriguez (18), FNU LNU (19), Cornelio Reina (20), Juan Manuel Maraville-Govea (21). Signed by Magistrate Judge David Nuffer on 9/13/11. (jmr) (Entered: 09/13/2011) |
| 09/14/2011 | 276 | **AMENDED NOTICE OF HEARING** as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea<br><br>Status Conference reset for Friday, 9/23/2011 02:30 PM in Room 477 before Magistrate Judge David Nuffer. (moved from Wed. 9/12/11 at 3:00 p.m. due to court scheduling conflict) (asb) (Entered: 09/14/2011) |
| 09/19/2011 | 282 | STATUS REPORT *of Call Translations and Transcriptions and Pole Camera Summaries* by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea (Attachments: # 1 Pole Camera Summary-American Fork UT, # 2 Pole Camera Summary-Kearns UT, # 3 Pole Camera Summary-Heber UT, # 4 Pole Camera Summary-West Jordan UT)(Daynes, Richard) (Entered: 09/19/2011) |
| 09/23/2011 | 283 | STATUS REPORT *(Supplemental in Anticipation of Status Conference* by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea (Daynes, Richard) (Entered: 09/23/2011) |

| 09/23/2011 | 284 | Minute Entry for proceedings held before Magistrate Judge David Nuffer: Status Conference as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 9/23/2011. Counsel for all parties present.Court hears from counsel regarding transcribed recordings. Court orders that the govt will provide Spanish transcripts within 30 days to all parties. Discovery from the state case and the additional federal case will be due on 10/5/2011.Plea Negotiations due 10/13/2011. 2 Day James Hearing to be scheduled before Judge Waddoups. Govt to have until 10/7/2011 to respond to motion to compel. Defense counsel to supplement briefs re: bill of particulars by date to be determined.Court sets Status Conference for November 10, 2011 at 9:00 A.M.Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Ed Wall, Bob Breeze, Mark Moffatt, Mark Gregersen, Jon Williams, Allison, Rob Ljungberg, Deirdre Gorman. Interpreter: Not Needed-Dfts not Present. Probation Officer: Not Needed. Court Reporter: electronic.(Time Start: 2:48:58 PM, Time End: 3:16:45 PM, Room 477.) (ksm) (Entered: 09/23/2011) |
| 09/26/2011 | 285 | DOCKET TEXT ORDER granting 233 Motion to Withdraw as Attorney Eric Benson for government.. Signed by Magistrate Judge David Nuffer on 9/26/11. No attached document. (asb) (Entered: 09/26/2011) |
| 10/05/2011 | 293 | MOTION to Continue *Discovery Due Date* by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Attachments: # 1 Text of Proposed Order) Motions referred to David Nuffer. (Daynes, Richard) (Entered: 10/05/2011) |
| 10/06/2011 | 294 | ORDER REGARDING PENDING MOTIONS; STATUS AND SCHEDULING CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT-Ends of Justice as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. Time excluded from 09/23/11 until 11/10/11., ( Status Conference set for 11/10/2011 09:00 AM in Room 102 before Judge Clark Waddoups.). Signed by Magistrate Judge David Nuffer on 10/6/11. (jmr) (Entered: 10/06/2011) |
| 10/11/2011 | 296 | DOCKET TEXT ORDER granting 293 Motion to Continue as to Fredy Guadalupe Sauceda-Obeso (1), Rafael Quintero Lopez (2), Jaime Covarrubias |

| | | |
|---|---|---|
| | | Sauceda (3), Jose Arturo Rubio Carillo (4), Jose Guadalupe Vargas-Esquivel (6), Victor Manuel Hernandez (7), Anthony Michael Moreno (8), Yuliana Meza (9), Erik Mauricio Meza (10), Jorge Tapia (12), Crystal Moreno (13), Armando Lopez Fuentas (14), Roberto Rojas Torres (15), Jose Antonio Perez (16), Rocio Magallon (17), Ricardo Rodriguez (18), FNU LNU (19), Cornelio Reina (20), Juan Manuel Maraville-Govea (21)<br>The government's motion to continue the discovery due date is hereby GRANTED. The discovery due date is October 14, 2011.Signed by Magistrate Judge David Nuffer on 10/11/11. No attached document. (asb) (Entered: 10/11/2011) |
| 10/11/2011 | | **Set/Reset Deadlines** as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea:<br>Discovery due by 10/14/2011. (asb) (Entered: 10/11/2011) |
| 10/11/2011 | 297 | Motions No Longer Referred as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea: 295 MOTION for Extension of Time to File Response to Kotteakos Motion (asb) (Entered: 10/11/2011) |
| 10/11/2011 | 298 | Supplemental CERTIFICATE OF COMPLIANCE filed by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 10/11/2011) |
| 10/12/2011 | 301 | ORDER REGARDING FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO KOTTEAKOS MOTION-granting 295 Motion for Extension of Time as to Rafael Quintero Lopez (2), Crystal Moreno (13), Ricardo Rodriguez (18). Signed by Judge Clark Waddoups on 10/11/11. (jmr) (Entered: 10/12/2011) |
| 10/12/2011 | 302 | Defendant's MOTION for Joinder re 139 MOTION for Bill of Particulars by Oscar Salgado Martinez as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. Motions referred to David Nuffer.(George, |

| | | Julie) (Entered: 10/12/2011) |
|---|---|---|
| 10/12/2011 | 428 | NOTICE OF ERROR re 302 Defendant's MOTION for Joinder re 139 MOTION for Bill of Particulars. The document was filed incorrectly as to all parties instead of as to only the filing party. Any future Motions for Joinder will need to be filed correctly in order to be processed. (alt) (Entered: 05/15/2012) |
| 10/24/2011 | 320 | MOTION for Reconsideration re 284 Status Conference, Email, Set Pretrial Order Deadlines,,,,,,,,,,,,,,,, by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order) Motions referred to David Nuffer.(Daynes, Richard) (Entered: 10/24/2011) |
| 10/24/2011 | 321 | MEMORANDUM in Support by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea re 320 MOTION for Reconsideration re 284 Status Conference, Email, Set Pretrial Order Deadlines,,,,,,,,,,,,,,,, MOTION for Reconsideration re 284 Status Conference, Email, Set Pretrial Order Deadlines,,,,,,,,,,,,,,,, MOTION for Reconsideration re 284 Status Conference, Email, Set Pretrial Order Deadlines,,,,,,,,,,,,,,,, (Daynes, Richard) (Entered: 10/24/2011) |
| 10/25/2011 | 322 | **NOTICE OF HEARING ON MOTION** in case as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea re 320 MOTION for Reconsideration re 284 Status Conference, Email, Set Pretrial Order Deadlines, MOTION for Reconsideration re 284 Status Conference, Email, Set Pretrial Order Deadlines, MOTION for Reconsideration re 284 Status Conference, Email, Set Pretrial Order Deadlines, : <br><br>Motion to Reconsider 320 Hearing set for Thursday, 11/10/2011 09:00 AM in Room 477 before Magistrate Judge David Nuffer. Government to make Douglas J. Neel available at the hearing. (asb) (Entered: 10/25/2011) |
| 11/03/2011 | | **Set/Reset Hearings** as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, |

| | | |
|---|---|---|
| | | Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea: Status Conference set for 11/10/2011 09:00 AM in Room 477 before Magistrate Judge David Nuffer. 320 MOTION for Reconsideration re 284 Status Conference, Motion Hearing set for 11/10/2011 09:00 AM in Room 477 before Magistrate Judge David Nuffer. **These hearings will be before Magistrate Judge Nuffer as stated in order 294 and not Judge Waddoups as entered on the docket.** (jwt) (Entered: 11/03/2011) |
| 11/10/2011 | 331 | STATUS REPORT *in Anticipation fo Status Conference Dated November 10, 2011* by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea (Daynes, Richard) (Entered: 11/10/2011) |
| 11/10/2011 | 333 | **NOTICE OF HEARING** as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea<br><br>Status Conference set for Wednesday, 2/15/2012 09:00 AM in Room 477 before Magistrate Judge David Nuffer. (asb) (Entered: 11/10/2011) |
| 11/10/2011 | 334 | Supplemental CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 11/10/2011) |
| 01/26/2012 | 360 | Supplemental CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 01/26/2012) |
| 01/31/2012 | 362 | Supplemental CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana |

| | | |
|---|---|---|
| | | Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 01/31/2012) |
| 02/13/2012 | 366 | SUBSTITUTION OF COUNSEL by USA. Tyler L. Murray replacing Cy H. Castle (Murray, Tyler) (Entered: 02/13/2012) |
| 02/14/2012 | 367 | STATUS REPORT by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea (Daynes, Richard) (Entered: 02/14/2012) |
| 02/15/2012 | 369 | Minute Entry for proceedings held before Magistrate Judge David Nuffer: Status Conference as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 2/15/2012, Scheduling Conference as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 2/15/2012 Counsel present for parties. Government completed transcription translations (calls and controlled buys). Additional discovery provided last week. Government requested one more status conference to allow defense counsel to review the additional materials and translations. Text message transcripts are outstanding discovery and should be unsealed and provided to defense counsel in short order. Metos responded on concerns if the transcript translations are side-by-side. Court instructed Mr. Metos to contact chambers re: translations. Discussion heard on the scheduling of James hearings, to be heard by Judge Waddoups in the case 2:11-CR-213. Government stated that the scheduling will depend on which, if any, defendants entered into plea agreements. Government stated they will need a pre-hearing before Judge Waddoups. Government to prepare the proposed order excluding time under STA. Status Conference set for 3/29/2012 09:00 AM in Room 477 before Magistrate Judge David Nuffer. Court adjourned. Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Fred Metos, Deirdre Gorman, James Garrett, Clayton Simms, Mary Corporon, Randy Ludlow, Ron Fujino, Chelsea Koch, Mark Gregersen, Rebecca Skordas, Dave Finlayson, |

| | | |
|---|---|---|
| | | Scott Williams, Ed Wall,, CJA. Court Reporter: Electronic.(Time Start: 9:05:07, Time End: 9:14:53, Room 477.) (asb) (Entered: 02/15/2012) |
| 02/15/2012 | 371 | Supplemental CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 02/15/2012) |
| 03/01/2012 | 377 | Supplemental CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 03/01/2012) |
| 03/08/2012 | 379 | Stipulated MOTION for Pre-Plea Criminal History Report filed by Erik Mauricio Meza. (Attachments: # 1 Text of Proposed Order) Motions referred to David Nuffer.(Williams, Scott) (Entered: 03/08/2012) |
| 03/08/2012 | 380 | DOCKET TEXT ORDER granting in part and denying in part 379 Motion pre-plea/trial criminal history report as to Erik Mauricio Meza (10). Upon receipt of written authorization from Mr. Meza, the United States Probation Department shall provide a summary of the defendant's criminal history to counsel in this case. This order does not require analysis of that history or calculations based on the history. Signed by Magistrate Judge David Nuffer on 3/8/12. No attached document. (DN) (Entered: 03/08/2012) |
| 03/15/2012 | 383 | Supplemental CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 03/15/2012) |
| 03/23/2012 | 387 | ORDER Regarding Pending Motions: Status and Scheduling Conference and Excluding Time Under Speedy Trial Act - Ends of Justice as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea Time |

| | | |
|---|---|---|
| | | excluded from 2/15/12 until 3/29/12. A status conference has been scheduled for March 29, 2012, at 9:00 a.m. in Room477 before Magistrate Court Judge David Nuffer. Signed by Magistrate Judge David Nuffer on 3/23/12. (jmr) (Entered: 03/23/2012) |
| 03/28/2012 | 390 | REASSIGNMENT to Newly Appointed District Judge. Case Reassigned to District Judge David Nuffer (DJ). Case number will now read 2:11-cr-00213-DN. (asp) (Entered: 03/28/2012) |
| 03/28/2012 | | Judge update in case as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. Magistrate Judge David Nuffer (MJ) no longer assigned to case. (asp) (Entered: 03/28/2012) |
| 03/28/2012 | 391 | NOTICE of Intent Not to Provide Text Messages by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea (Daynes, Richard) (Entered: 03/28/2012) |
| 03/28/2012 | 392 | Supplemental CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 03/28/2012) |
| 03/28/2012 | 393 | STATUS REPORT *in Anticipation of Status Conference Dated March 29, 2012* by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea (Daynes, Richard) (Entered: 03/28/2012) |
| 03/29/2012 | 394 | Minute Entry for proceedings held before Judge David Nuffer (DJ): Status Conference as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose |

| | | Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 3/29/2012, |
| | | Counsel present for parties. Discussion heard on the filed status reports, discovery issues, and outstanding motions. Government believes that a James hearing should resolve many of the motions in the 2:11-CR-213 matter. There are no pending motions in the 2:11-CR-214 matter. Mr. Metos suggested that a government provide proffer of the scope and nature of the alleged conspiracy and a list of statements intended for offer/admit after the co-conspirator hearsay exception, then set for hearing after defense counsel have had time to review, object and prepare for hearing. Government requested 45 days. Governments memo due 5/18/12.Status conference set for Wednesday, June 13, 2012 at 10:00 a.m. before Hon. David Nuffer (check calendar for courtroom number) in the 2:11-CR-213 matter. |
| | | Court set a 5 day jury trial for Monday, May 21, 2012 at 8:30 a.m. before Hon. David Nuffer (check calendar for courtroom number) in 2:11-CR-214. Government moved for exclusion of time under STA. Court instructed government to prepare and submit a proposed order. |
| | | Court adjourned. |
| | | Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Fred Metos, Greg Skordas, Chelsea Koch, Mark Gregersen, Rob Ljungberg, David Shapiro, Ann Taliaferro, Deirdre Gorman, Clayton Simms, Dave Finlayson, Earl Xaiz, Rich Mauro. Court Reporter: Electronic.(Time Start: 9:06:04, Time End: 9:18:13, Room 477.) (asb) (Entered: 03/29/2012) |
| 04/27/2012 | | Terminate Deadlines and Hearings as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea: |
| | | Past deadlines/hearings terminated to make the deadlines/hearings report clearer for counsel and the court to review. (asb) (Entered: 04/27/2012) |
| 05/08/2012 | 426 | Supplemental CERTIFICATE OF COMPLIANCE filed by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 05/08/2012) |
| 05/15/2012 | 429 | DOCKET TEXT ORDER REFERRING CASE to Magistrate Judge Samuel Alba as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel |

| | | Maraville-Govea under 28:636 (b)(1)(A), Magistrate to hear and determine all nondispositive pretrial matters. Motions referred. So ordered by Judge David Nuffer on 5/15/12 (docket text only - no attached document) (alt) (Entered: 05/15/2012) |
|---|---|---|
| 05/16/2012 | [431](#) | CERTIFICATE OF COMPLIANCE filed by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 05/16/2012) |
| 05/18/2012 | [435](#) | First MOTION for Extension of Time to File Response/Reply as to 318 MOTION for Joinder re 139 MOTION for Bill of Particulars, 302 Defendant's MOTION for Joinder re 139 MOTION for Bill of Particulars, 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 267 Defendant's MOTION for Joinder, 177 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 278 Defendant's MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 241 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing* MOTION for James Hearing, 172 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 139 MOTION for Bill of Particulars, 271 MOTION to Compel the Government to Disclose the Scope, Structure and Pareticipants Alleged to Constitute the Conspiracy Pursuant to Kotteakos *(Kotteakos Motion)*, 315 MOTION for Joinder re 271 MOTION to Compel the Government to Disclose the Scope, Structure and Pareticipants Alleged to Constitute the Conspiracy Pursuant to Kotteakos *(Kotteakos Motion)* MOTION to Compel the Government to Disclose the Scope,, 404 Defendant's MOTION for Joinder re 399 MOTION for James Hearing , 277 Defendant's MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 254 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 262 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 246 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 171 MOTION for Joinder re 149 MOTION for Bill of Particulars, 149 MOTION for Bill of Particulars, 434 Defendant's MOTION for Joinder *in Motion for James Hearing* re 399 MOTION for James Hearing , 188 MOTION for Bill of Particulars, 141 MOTION for Joinder re 139 MOTION for Bill of Particulars, 256 Defendant's MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 309 Order on Motion for Joinder, 269 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 270 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 252 Defendant's MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 178 MOTION for Joinder re 150 MEMORANDUM in Support, 149 MOTION for Bill of Particulars, 245 MOTION for Joinder re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 399 MOTION for James Hearing , 248 MOTION for Bill of Particulars *(Renewed)*, 303 Defendant's MOTION for James Hearing, 268 Defendant's MOTION for Joinder, 182 Defendant's MOTION for Joinder re 149 |

|  |  | MOTION for Bill of Particulars by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Attachments: # 1 Text of Proposed Order) Motions referred to Samuel Alba.(Daynes, Richard) (Entered: 05/18/2012) |
|---|---|---|
| 05/18/2012 | 436 | MEMORANDUM in Support by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea re 435 First MOTION for Extension of Time to File Response/Reply as to 318 MOTION for Joinder re 139 MOTION for Bill of Particulars, 302 Defendant's MOTION for Joinder re 139 MOTION for Bill of Particulars, 146 MOTION for James Hearing (Daynes, Richard) (Entered: 05/18/2012) |
| 05/21/2012 | 437 | DOCKET TEXT ORDER granting 435 Motion for Extension of Time to File Response/Reply as to Fredy Guadalupe Sauceda-Obeso (1), Rafael Quintero Lopez (2), Jaime Covarrubias Sauceda (3), Jose Arturo Rubio Carillo (4), Melesio Flores-Quintero (5), Jose Guadalupe Vargas-Esquivel (6), Victor Manuel Hernandez (7), Anthony Michael Moreno (8), Yuliana Meza (9), Erik Mauricio Meza (10), Oscar Salgado Martinez (11), Jorge Tapia (12), Crystal Moreno (13), Armando Lopez Fuentas (14), Roberto Rojas Torres (15), Jose Antonio Perez (16), Rocio Magallon (17), Ricardo Rodriguez (18), FNU LNU (19), Cornelio Reina (20), Juan Manuel Maraville-Govea (21).<br><br>The United States shall have until June 4, 2012, to file its James brief. The status conference currently scheduled for June 13, 2012, at 10:00 a.m. shall remain unaffected by this enlargement of time.<br><br>Signed by Judge David Nuffer on 05/21/12. No attached document. (lcl) (Entered: 05/21/2012) |
| 05/23/2012 | 440 | ORDER TO CONTINUE - Ends of Justice as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Cornelio Reina, Juan Manuel Maraville-Govea: Time excluded from 3/28/12 until 6/13/12. NOTE: 437 Order correctly states the new deadline for the USA to file its James Brief and supersedes the deadline set in the order from the 3/29/12 hearing. Signed by Judge David Nuffer on 5/22/12 (alt) (Entered: 05/23/2012) |

| 06/04/2012 | 441 | MOTION for Extension of Time to file James Brief by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Attachments: # 1 Text of Proposed Order Proposed Order for Extension of Time) Motions referred to Samuel Alba.(Daynes, Richard) (Entered: 06/04/2012) |
|---|---|---|
| 06/04/2012 | 442 | MEMORANDUM in Support by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea re 441 MOTION for Extension of Time to file James Brief (Daynes, Richard) (Entered: 06/04/2012) |
| 06/05/2012 | 443 | ERROR: DOCUMENT INCOMPLETE/NOT A RESPONSE - RESPONSE to Motion by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea re 146 MOTION for James Hearing - pretrial conspiracy hearing, 302 Defendant's MOTION for Joinder re 139 MOTION for Bill of Particulars (Attachments: # 1 Exhibit Organizational Chart)(Daynes, Richard) Modified on 6/6/2012: added error text/removed links to pending and non-pending motions (alt) (Entered: 06/05/2012) |
| 06/05/2012 | 444 | NOTICE OF DEFICIENCY re 443 Response to Motion. The document appears to be incomplete (one page - no signature) and does not appear to be a response to any other party's pending motion. Document also has incorrect case number on it. The clerk requests the filer of the original document to refile a complete document using the "Notice (Other)" filing event. The new entry will receive a new document number on the docket. (alt) (Entered: 06/06/2012) |
| 06/07/2012 | 445 | ORDER granting 441 Motion for Extension of Time to File James Brief as to Fredy Guadalupe Sauceda-Obeso (1), Rafael Quintero Lopez (2), Jaime Covarrubias Sauceda (3), Jose Arturo Rubio Carillo (4), Melesio Flores-Quintero (5), Jose Guadalupe Vargas-Esquivel (6), Victor Manuel Hernandez (7), Anthony Michael Moreno (8), Yuliana Meza (9), Erik Mauricio Meza (10), Oscar Salgado Martinez (11), Jorge Tapia (12), Armando Lopez Fuentas (14), Roberto Rojas Torres (15), Jose Antonio Perez (16), Rocio Magallon (17), Ricardo Rodriguez (18), Cornelio Reina (20), Juan Manuel Maraville-Govea (21). Signed by Judge David Nuffer on 6/7/12 (alt) (Entered: 06/07/2012) |

| 06/07/2012 | 446 | RESPONSE to Motion by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea re 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 139 MOTION for Bill of Particulars (Attachments: # 1 Exhibit A Organizational Chart)(Daynes, Richard) (Entered: 06/07/2012) |
|---|---|---|
| 06/08/2012 | 449 | Supplemental CERTIFICATE OF COMPLIANCE filed by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 06/08/2012) |
| 06/11/2012 | 452 | MOTIONS as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea 139 MOTION for Bill of Particulars, 271 MOTION to Compel the Government to Disclose the Scope, Structure and Pareticipants Alleged to Constitute the Conspiracy Pursuant to Kotteakos *(Kotteakos Motion)*, 188 MOTION for Bill of Particulars, 304 Supplemental MOTION for Discovery. Referred to Judge Samuel Alba. (asb) (Entered: 06/11/2012) |
| 06/13/2012 | 453 | Minute Entry for proceedings held before Judge David Nuffer: Status Conference as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea held on 6/13/2012, <br><br> Counsel present for parties. Government filed its brief on the motions for James Hearing. Government addressed on their proposal on how to proceed. Mr. Metos responded. There are a number of offers made by the government, which may limit the James Hearing participants. <br><br> James Hearing set for 8/17/2012 02:00 PM in Room 230 before Judge David Nuffer. |

| | | Government moved to exclude time under STA from todays date until 8/17/2012. Court instructed government to prepare the order with the courts findings. |
|---|---|---|
| | | Discussion heard on the outstanding motions for bill of particulars. Court instructed counsel to file a supplemental statement as to their clients outstanding motions that require court consideration which includes the motions for bill of particulars, to compel, for discovery, for disclosure, to sever. The supplemental statements are due by 6/25/2012. Any outstanding motions that are statement in the supplemental statements, the government will be given time to respond. Any motions not included in the supplemental statements or if supplemental statements are not filed, the court will find the motions moot. Court adourned. Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Dave Finlayson, Ron Fujino, Mark Gregersen, Rob Ljungberg, Rich Mauro, Fred Metos, Mark Moffat, David Shapiro, Clayton Simms, Rebecca Skordas, Scott Williams, Earl Xaiz. Court Reporter: Patti Walker.(Time Start: 10:03:23, Time End: 10:19:00, Room 230.) (asb) (Entered: 06/13/2012) |
| 08/03/2012 | 466 | Supplemental CERTIFICATE OF COMPLIANCE filed by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Daynes, Richard) (Entered: 08/03/2012) |
| 08/06/2012 | | Case as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea no longer referred to Magistrate Judge Samuel Alba. (alt) (Entered: 08/06/2012) |
| 08/06/2012 | 469 | DOCKET TEXT ORDER REFERRING CASE to Magistrate Judge Paul M. Warner as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea under 28:636 (b)(1)(A), Magistrate to hear and determine all nondispositive pretrial matters. Signed by Judge David Nuffer on 8/6/12 (alt) (Entered: 08/06/2012) |
| 08/06/2012 | 470 | DOCKET TEXT ORDER REFERRING MOTIONS as to Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, |

| | | |
|---|---|---|
| | | Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, Juan Manuel Maraville-Govea: 146 MOTION for James Hearing - *pretrial conspiracy hearing*, 399 MOTION for James Hearing, 303 MOTION for James Hearing. <br><br> James Hearing Motions referred to Paul M. Warner under 28:636 (b)(1)(B). So ordered by Judge David Nuffer on 8/6/12 (alt) (Entered: 08/06/2012) |
| 08/07/2012 | | **NOTICE VACATING JAMES HEARING set for Friday, August 17, 2012 at 2:00 p.m. before Judge David Nuffer. The James Hearing motions have been referred to Magistrate Judge Paul M. Warner.** <br><br> as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea (asb) (Entered: 08/07/2012) |
| 08/07/2012 | | Terminate Deadlines and Hearings as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea: <br><br> NOTICE VACATING JAMES HEARING set for Friday, August 17, 2012 at 2:00 p.m. before Judge David Nuffer. The James Hearing motions have been referred to Magistrate Judge Paul M. Warner (asb) (Entered: 08/07/2012) |
| 08/21/2012 | 488 | **NOTICE OF HEARING** as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea (Notice generated by PMW chambers) Status Conference for James Hearing set for 9/12/2012 10:30 AM before Magistrate Judge Paul M. Warner. (ksm) (Entered: 08/21/2012) |
| 09/04/2012 | 518 | **AMENDED NOTICE OF HEARING** as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea (Notice generated by PMW chambers) Status Conference reset for 9/13/2012 01:00 PM in Room 150 |

| | | |
|---|---|---|
| | | (Clerks Office) before Magistrate Judge Paul M. Warner. (ksm) (Entered: 09/04/2012) |
| 09/06/2012 | 520 | **AMENDED NOTICE OF HEARING** as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea (Notice generated by PMW chambers) Status Conference reset for 9/18/2012 02:15 PM in Room 150 (Clerks Office) before Magistrate Judge Paul M. Warner. **PLEASE NOTE DATE AND TIME CHANGE** (ksm) (Entered: 09/06/2012) |
| 09/18/2012 | 547 | Minute Entry for proceedings held before Magistrate Judge Paul M. Warner: Status Conference as to Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza held on 9/18/2012. Dft not present and not needed. Court hears from counsel. Court sets the following schedule ( James Hearing set for 11/7/2012 09:00 AM in Room 150 (Clerks Office) before Magistrate Judge Paul M. Warner.) Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Fred Metos, David Shapiro, Rich Mauro, Mark Gregersen, Dave Finlayson, Gil Athay. Interpreter: Not Needed-dfts not present. Probation Officer: Not Needed. Court Reporter: electronic.(Time Start: 2:14:02 PM, Time End: 2:26:39 PM, Room 477.) (ksm) (Entered: 09/18/2012) |
| 10/04/2012 | 557 | **NOTICE OF HEARING** as to Erik Mauricio Meza (Notice generated by PMW chambers) Change of Plea Hearing set for 10/16/2012 02:30 PM in Room 150 (Clerks Office) before Magistrate Judge Paul M. Warner. (ksm) (Entered: 10/04/2012) |
| 10/12/2012 | 559 | Supplemental CERTIFICATE OF COMPLIANCE filed by USA as to Erik Mauricio Meza. (Daynes, Richard) (Entered: 10/12/2012) |
| 10/16/2012 | 581 | FELONY INFORMATION as to Erik Mauricio Meza (10) count(s) 1ss. Assigned to Judge David Nuffer (ksm) (Entered: 10/30/2012) |
| 10/16/2012 | 583 | STATEMENT IN ADVANCE OF PLEA as to Erik Mauricio Meza (ksm) (Entered: 10/30/2012) |
| 10/16/2012 | 584 | WAIVER OF INDICTMENT by Erik Mauricio Meza (ksm) (Entered: 10/30/2012) |
| 10/16/2012 | 585 | ORDER OF REFERENCE Under 636 (b)(3) and CONSENT TO ENTRY OF PLEA before Magistrate Judge Paul M. Warner as to Erik Mauricio Meza.. Signed by Judge David Nuffer on 10/9/12. (ksm) (Entered: 10/30/2012) |
| 10/16/2012 | 588 | Minute Entry for proceedings held before Magistrate Judge Paul M. Warner: Change of Plea Hearing as to Erik Mauricio Meza held on 10/16/2012. Dft present with counsel in custody.Consent to Plea before the Magistrate Judge and Order of Reference signed and accepted in court. Felony Information signed and accepted in court. Waiver of Indictment signed and accepted in court.Dft placed |

| | | under oath. Dft answers questions posed by the court. Statement in Advance of Pela signed and accepted in court. Dft neters a Plea of GUULTY to count I of the Felony Information. The court accepts dfts Plea of GUILTY.Dft is remanded to the USMS.Presentence Report ordered: Yes.( Sentencing set for 1/8/2013 02:30 PM in Room 230 before Judge David Nuffer.) Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Scott Williams, CJA. Interpreter: Not Needed. Probation Officer: Glen Manross. Court Reporter: electronic/Kelly Hicken.(Time Start: 2:32:50 PM, Time End: 3:07:23 PM, Room 248.) (ksm) (Entered: 10/30/2012) |
|---|---|---|
| 10/29/2012 | 575 | CERTIFICATE OF COMPLIANCE *With Regard to Publication* filed by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Manuel Maraville-Govea. (Attachments: # 1 Exhibit A)(Murray, Tyler) (Entered: 10/29/2012) |
| 10/29/2012 | 580 | SENTENCING MEMORANDUM by Jose Antonio Perez (Attachments: # 1 Supplement scanned certificates)(Fujino, Ronald) Modified on 11/28/2012: removed all unrelated party names (alt) (Entered: 10/29/2012) |
| 11/07/2012 | 620 | ORDER granting 608 Motion to Continue as to Fredy Guadalupe Sauceda-Obeso (1). Signed by Magistrate Judge Paul M. Warner on 11/7/12. (ksm) (Entered: 11/07/2012) |
| 12/20/2012 | 689 | ORDER finding as moot 146 Motion to Determine James Issues as to Rafael Quintero Lopez (2), Jaime Covarrubias Sauceda (3), Jose Arturo Rubio Carillo (4), Victor Manuel Hernandez (7), Yuliana Meza (9), Erik Mauricio Meza (10), Armando Lopez Fuentas (14), Rocio Magallon (17); finding as moot 399 Motion to Determine James Issues as to Jose Arturo Rubio Carillo (4). Signed by Magistrate Judge Paul M. Warner on 12/19/12 (alt) (Entered: 12/20/2012) |
| 12/21/2012 | 692 | Governments Position with Respect to Sentencing Factors as to Erik Mauricio Meza (Daynes, Richard) (Entered: 12/21/2012) |
| 01/03/2013 | 703 | Defendants Position with Respect to Sentencing Factors as to Erik Mauricio Meza (Williams, Scott) (Entered: 01/03/2013) |
| 01/08/2013 | 706 | Minute Entry for proceedings held before Judge David Nuffer: Sentencing held on 1/8/2013 for Erik Mauricio Meza (10), Defendant present with counsel and in custody. Statements made by counsel, defendant & government. Court Adjudges: Sentence: Count(s) 1, 1s, Dismissed per government motion.; Count(s) 1ss, Defendant placed in BOP custody for a term of 87 months. Upon release, defendant placed on supervised release for a term of 48 months. Standard and special conditions of supervision imposed. VAF $100 due immediately. No fine or restitution imposed.. COP: 10/16/2012. Defendant remanded to USMS custody. |

| | | Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Scott Williams, CJA. Probation Officer: Stacy Hirata. Court Reporter: Becky Janke.(Time Start: 2:50, Time End: 3:00, Room 230.) (asb) (Entered: 01/08/2013) |
|---|---|---|
| 01/10/2013 | 712 | JUDGMENT as to Erik Mauricio Meza (10). Count(s) 1, 1s, Dismissed per government motion; Count(s) 1ss, Dft pleaded guilty. SENTENCE: Dft committed to custody of BOP for 87 months. Upon rls, dft shall be on Supervised Release for 48 months. FINE: None. SPA: $100.00. Defendant Termed. Signed by Judge David Nuffer on 1/9/13 (alt) (Entered: 01/10/2013) |
| 03/01/2013 | 757 | Judgment Returned Executed as to Erik Mauricio Meza on 2/20/13 (alt) (Entered: 03/01/2013) |
| 10/09/2013 | | Case as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Govea Maravilla, no longer referred to Magistrate Judge Paul M. Warner (alt) (Entered: 10/09/2013) |
| 02/03/2014 | 813 | DOCUMENT LODGED consisting of correspondence re sentencing (alt) (Entered: 02/05/2014) |
| 03/06/2017 | 828 | NOTICE OF WITHDRAWAL OF COUNSEL of Veda M. Travis filed by Veda M. Travis on behalf of USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Govea Maravilla (Travis, Veda) (Entered: 03/06/2017) |
| 03/21/2017 | 829 | SUBSTITUTION OF COUNSEL by USA. Adam S. Elggren replacing Tyler L. Murray (Elggren, Adam) (Entered: 03/21/2017) |
| 08/14/2017 | 831 | DOCKET TEXT ORDER taking under advisement 830 Motion to Reduce Sentence - USSC Amendment as to Jaime Covarrubias Sauceda (3). The government's response to Defendant's 830 Motion to Reduce Sentence, if any, must be filed by no later than August 25, 2017. If the government files a response, Defendant's reply, if any, must be filed within two weeks of the service of the government's response, but by no later than September 1, 2017. The court will rule on the state of the record as of September 1, 2017. Signed by Judge David Nuffer on 08/14/2017. No attached document. (apm) (Entered: 08/14/2017) |
| 08/15/2017 | 832 | MOTION to Withdraw as Attorney by Veda M. Travis. by USA as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio |

| | | |
|---|---|---|
| | | Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Govea Maravilla. (Travis, Veda) (Entered: 08/15/2017) |
| 08/28/2017 | 835 | DOCKET TEXT ORDER granting 832 Motion to Withdraw as Attorney. Veda M. Travis withdrawn from case for Plaintiff as to Fredy Guadalupe Sauceda-Obeso (1), Rafael Quintero Lopez (2), Jaime Covarrubias Sauceda (3), Jose Arturo Rubio Carillo (4), Melesio Flores-Quintero (5), Jose Guadalupe Vargas-Esquivel (6), Victor Manuel Hernandez (7), Anthony Michael Moreno (8), Yuliana Meza (9), Erik Mauricio Meza (10), Oscar Salgado Martinez (11), Jorge Tapia (12), Crystal Moreno (13), Armando Lopez Fuentas (14), Roberto Rojas Torres (15), Jose Antonio Perez (16), Rocio Magallon (17), Ricardo Rodriguez (18), FNU LNU (19), Cornelio Reina (20), Juan Govea Maravilla (21). Signed by Judge David Nuffer on 08/28/2017. No attached document. (apm) (Entered: 08/28/2017) |
| 08/15/2018 | | Notice of Withdrawal. U.S. Probation and Pretrial Services hereby advises the Court that Dusten Russell should be terminated from this case as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Govea Maravilla (dlr) (Entered: 08/15/2018) |
| 10/01/2018 | | Notice of Withdrawal. U.S. Probation and Pretrial Services hereby advises the Court that Scott L. Bawden should be terminated from this case as to Fredy Guadalupe Sauceda-Obeso, Rafael Quintero Lopez, Jaime Covarrubias Sauceda, Jose Arturo Rubio Carillo, Melesio Flores-Quintero, Jose Guadalupe Vargas-Esquivel, Victor Manuel Hernandez, Anthony Michael Moreno, Yuliana Meza, Erik Mauricio Meza, Oscar Salgado Martinez, Jorge Tapia, Crystal Moreno, Armando Lopez Fuentas, Roberto Rojas Torres, Jose Antonio Perez, Rocio Magallon, Ricardo Rodriguez, FNU LNU, Cornelio Reina, Juan Govea Maravilla (slb) (Entered: 10/01/2018) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/08/2018 12:33:38 | | |
| **PACER Login:** ux4722:4106401:0 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** 2:11-cr-00213-DN | |
| **Billable Pages:** 26 | **Cost:** | 2.60 |