# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO. 3:07CR00348-1 MO |
| vs. | ORDER GRANTING TERMINATION OF SUPERVISION PRIOR TO EXPIRATION DATE |
| Erik Mauricio Meza | |
| **Defendant.** | |

**IT IS HEREBY ORDERED** that, in the interests of justice, the Court grants the petition and orders that defendant's term of supervision be, and hereby is, terminated effective as of the date of this Order.

**DATED** this __13__ day of October, 2023,

*Michael W. Mosman*
Michael W. Mosman
Senior U.S. District Judge